UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFREDO GARCIA, *individually and in behalf of all other persons similarly situated*,

                Plaintiff,

– against –

3662 BROADWAY RESTAURANT CORP. d/b/a TAQUERIA SAN PEDRO and ALBERTICO CHAVEZ, *jointly and severally*,

                Defendants.

**ORDER**

19 Civ. 8297 (ER)

RAMOS, D.J.:

    Plaintiff filed the instant suit on September 5, 2019. Doc. 1. On November 21, 2019, the matter was automatically stayed as to Defendant Albertico Chavez pending resolution of a related bankruptcy proceeding. Doc. 16. On December 19, 2019, the Court stayed the case as to the remaining Defendant. Doc. 20. On May 6, 2021, Plaintiff informed the Court that the bankruptcy proceeding had been dismissed, and the stay was lifted. *See* Doc. 21. The parties were then referred to mediation but failed to appear. Docs. 22 and 23. Accordingly, the parties are directed to file a joint status report by June 28, 2021. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:  June 14, 2021
           New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.