```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alfredo Garcia, individually and on behalf of all other persons similarly situated

                              Plaintiff,

-against-

3662 Broadway Restaurant Corp. et al.,

                              Defendants.

1:19-cv-08297 (ER) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

This case has been referred to me for settlement. (Order, ECF No. 50.) The parties, having not responded to the Court's July 13, 2022 email correspondence regarding dates for a settlement conference, shall, no later than Tuesday, July 26, 2022, file a joint letter setting forth at least three proposed dates, no earlier than August 15, 2022, for a settlement conference to occur.

SO ORDERED.

DATED:    New York, New York
              July 19, 2022

_____
STEWART D. AARON
United States Magistrate Judge